Case No. 24-1098

## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

---

DWAYNE B. SEALS,
*Plaintiff-Appellee*,

*v.*

WAYNE COUNTY, MICHIGAN,
*Defendant*,

and

WAYNE COUNTY, MICHIGAN EMPLOYEES' RETIREMENT SYSTEM,
*Defendant-Appellant*.

On appeal from a judgment entered after a jury trial conducted by the U.S. District Court, Eastern District of Michigan, before the Honorable Sean F. Cox

---

### UNOPPOSED MOTION FOR CONTINUANCE OF ORAL ARGUMENT

---

**THE MILLER LAW FIRM, P.C.**
Seth D. Gould (P45465)
Jacob M. Campbell (P83900)
950 W. University Dr., Ste. 300
Rochester, MI 48307
T: (248) 841-2200

**NACHTLAW, P.C.**
David A. Nacht (P47034)
501 Avis Dr., Ste. 3
Ann Arbor, MI 48108
T: (734) 663-7550
*Attorneys for Plaintiff-Appellee*

**VANOVERBEKE, MICHAUD & TIMMONY, P.C.**
Robert J. Abb (P76901)
79 Alfred St.
Detroit, MI 48201
T: (313) 578-1200
*Attorneys for Defendant-Appellant*

Defendant/Appellant/Petitioner, Wayne County Michigan Employees' Retirement System ("Petitioner"), through its legal counsel, respectfully moves this Court for a continuance of the oral argument currently set for February 6, 2025 before a three-judge panel of the Sixth Circuit Court of Appeals in Cincinnati, Ohio, for the following reasons:

1. Petitioner's counsel Seth D. Gould who intends to present the oral argument on behalf of Petitioner is unavailable to do so on February 6, 2025 because of a jury trial set before the United States District Court for the Eastern District of Michigan, the Honorable Linda V. Parker, Case No. 19-11600, which will start on January 28, 2025 and which is expected to last a minimum of nine days, until February 7, 2025 ("District Court Lawsuit").

2. Seth Gould has a vacation scheduled after the District Court Lawsuit trial and will be available on and after February 19, 2025.

3. Petitioner's counsel was recently added as an indispensable member of the trial team for the District Court Lawsuit and, therefore, had no prior opportunity to file a Counsel Unavailability Form before receiving this Court's Notice of Oral Argument on December 9, 2024.

4. Additionally, Petitioner's counsel Robert Abb, who will be assisting Mr. Gould during the oral argument, is unavailable on February 6, 2025 because he

will be out of the country on that week, returning and available on and after February 10, 2025.

5. Both of these conflicts were unforeseen and will impede the ability of Petitioner's counsel to adequately prepare for the February 6, 2025 oral argument.

6. A short continuance is necessary to ensure a fair and thorough presentation of Petitioner's arguments at oral argument.

7. Petitioner has diligently pursued this appeal and is committed to proceeding expeditiously, and this delay is not intended to cause undue hardship to the Plaintiff/Appellee.

8. On December 10, 2024, Petitioner's counsel conferred with counsel for Plaintiff/Appellee, Dwayne B. Seals, about whether it has any objection to a short continuance of the scheduled February 6, 2025 oral argument, and counsel for Plaintiff/Appellee responded that it will not oppose this motion.

9. Considering the Court's calendar, Petitioner's counsel requests a short continuance until any time after February 19, 2025.

WHEREFORE, Petitioner respectfully requests that this Court grant its Motion for Continuance and reschedule oral argument to occur any time after February 19, 2025.

Respectfully submitted,

| **THE MILLER LAW FIRM, P.C.** | **VANOVERBEKE, MICHAUD, TIMMONY, P.C.** |
|---|---|
| /s/ Seth D. Gould | Robert J. Abb (P76901) |
| Seth D. Gould (P45465) | 79 Alfred St. |
| Jacob M. Campbell (P83900) | Detroit, MI 48201 |
| 950 W. University Dr., Ste. 300 | T: (313) 578-1200 |
| Rochester, MI 48307 | Email: rabb@vmtlaw.com |
| T: (248) 841-2200 | |
| F: (248) 652-2852 | *Attorneys for Defendant-Appellant* |
| Email: sdg@miller.law | |
| Email: jc@miller.law | |

Dated: December 17, 2024

## CERTIFICATE OF SERVICE

I, Seth D. Gould, hereby certify that on December 17, 2024, I filed Unopposed Motion for Continuance of Oral Argument electronically through PACER (CM/ECF), thereby providing notice to counsel of record.

> THE MILLER LAW FIRM, P.C.
>
> /s/ Seth D. Gould
> Seth D. Gould
> *Attorneys for Defendant-Appellant*